**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| Leo Chapman | : Case No.: 14-36586 |
| | : Chapter 13 |
| Debtor. | : Judge Timothy A. Barnes |
| | : * * * * * * * * * * * * * * * * * * * * |
| | : |

**NOTICE OF WITHDRAWAL OF RESPONSE TO NOTICE OF FINAL CURE**
**PAYMENT RULE 3002.1 (CLAIM # 6)**
**(DOCKET NO. doc)**

Now comes Lakeview Loan Servicing, LLC ("Creditor"), by and through its mortgage servicing agent LoanCare Servicing Center, Inc., by and through counsel, and hereby withdraws its Response to Notice of Final Cure Payment Rule 3002.1 (Claim # 6) which was inadvertently filed under the wrong party in this Court on May 16, 2017.

Respectfully submitted,

/s/ Sarah E. Barngrover
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

16-017994_MAR1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Withdrawal of Response to Notice of Final Cure Payment Rule 3002.1 (Claim # 6) was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Marilyn O. Marshall, 224 South Michigan, Suite 800, Chicago, IL 60604

Tyree V Wright, Attorney for Leo Chapman, Law Offices of Ernesto D. Borges, Jr., 105 W Madison, Chicago, IL 60602, notice@billbusters.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on May 16, 2017:

Leo Chapman, 4157 W. Cullerton, Chicago, IL 60623

Leo Chapman, 4157 W Cullerton St, Chicago, IL 60623

/s/ Sarah E. Barngrover